**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **vs.** | ) | **CRIMINAL ACTION 08-00390-KD** |
| **CATHY GANDY CLARK,** | ) | |
| **Defendant.** | ) | |

**ORDER**

This action is before the Court on defendant Cathy Gandy Clark's motion for early termination of supervised release (doc. 27). The United States was ordered to file any response on or before March 25, 2011 (doc. 28). To date, the United States has not filed any response or objection to Clark's motion.

Accordingly, upon consideration, the motion is **GRANTED,** defendant Clark's supervised release is terminated and she is discharged. <u>See</u> 18 U.S.C. § 3583(e)(1) (after consideration of the relevant factors in 18 U.S.C. § 3553(a), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice"). A hearing on the motion is not required. <u>See</u> Fed. R. Crim. P. 32.1(c)(2)(B)&(C).

**DONE** and **ORDERED** on this the 30th day of March, 2011.


<u>s / Kristi K. DuBose</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**